ANNA KRASKO and LOUIS KRASKO, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action by plaintiff wife to recover for injuries suffered as a result of being struck by defendant's surface car at an intersection in Brooklyn. Companion action of plaintiff husband for expenses and loss of services. Order setting aside verdicts in favor of the plaintiffs as being inadequate unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

JOSEPH KRUPIN, Appellant, v. PETER J. McGUINNESS, as Sheriff of the County of Kings, Respondent.— Order granting the defendant's motion to strike this case from the reserve calendar and place it on the general calendar of the issues awaiting trial reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. This is an action for conversion within the meaning of rule 6 of the Trial Term Rules, and as such is entitled to advancement to any day calendar as in said rule provided. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

NAOMI MARYANOV, Appellant, v. DAVID MARYANOV, Respondent.— Order directing an examination of the plaintiff before trial on the subject-matter of the affirmative defense affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

PORT CHESTER SAVINGS BANK, Respondent, v. LOUIS F. MILLER, SAMUEL GOLDOWITZ and JONAS GOLDOWITZ, Appellants.— Order denying defendants' motion to dismiss the complaint for insufficiency in an action upon a written guaranty of the payment of principal and interest affirmed, with ten dollars costs and disbursements. The answer may be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

CATHERINE ROMANECK and NICHOLAS ROMANECK, Appellants, v. WILLIAM BAUER, MAY JAEGLE, Defendants; WILLIAM DUFFY and HENRY BARTELS, Respondents.— Order denying motion by the plaintiffs to strike out as insufficient in law the complete and separate defense of the defendants William Duffy and Henry Bartels affirmed, with ten dollars costs and disbursements. This motion was made under subdivision 6 of rule 109 of the Rules of Civil Practice. Affidavits cannot be considered upon such a motion. (Monica Realty Corporation v. Bleecker, 229 App. Div. 184.) Whether or not plaintiff Catherine Romaneck was an employee of defendant Duffy and was injured in the course of her employment is a question to be determined upon the trial. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

NATHAN ROTH, Respondent, v. SOLOMON JAEGER, Appellant.— Order restraining the defendant, pendente lite, from acts in competition with the plaintiff in violation of a restrictive covenant in the bill of sale of his interest in the former partnership affirmed, in so far as an appeal is taken, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.